## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert L. Frantz, Jr. <br> Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 17-70104 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage as servicer for Embrace Home Loans, Inc. and index same on the master mailing list.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                jwarmbrodt@kmllawgroup.com
                Attorney I.D. No. 42524
                Thomas Puleo, Esquire
                tpuleo@kmllawgroup.com
                Attorney I.D. No. 27615
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322
                Attorney for Movant/Applicant